**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  ANGELA L ADAMS § § § § § § § Case No.: 10-43942

Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2010.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/15/2011.

6) Number of months from filing to the last payment:  5

7) Number of months case was pending:  11

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    15,806.11

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,086.14 |
| Less amount refunded to debtor | $ | 286.14 |
| **NET RECEIPTS** | $ | 800.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 744.80 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 55.20 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 800.00 |
| Attorney fees paid and disclosed by debtor | $ | 725.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CO | SECURED | 3,866.00 | 718.42 | .00 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 1,651.00 | 1,651.49 | 1,651.49 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 289.00 | 289.68 | 289.68 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 200.00 | 200.00 | .00 | .00 |
| FIRST AMERICAN CASH | UNSECURED | 2,065.29 | 8,023.72 | 8,023.72 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 1,166.00 | 765.78 | 765.78 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 3,010.00 | 3,010.00 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 315.88 | 315.88 | 315.88 | .00 | .00 |
| METAVANTE CORPORATIO | UNSECURED | 60.00 | 60.00 | 60.00 | .00 | .00 |
| METAVANTE CORPORATIO | UNSECURED | 50.00 | 50.00 | 50.00 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | PRIORITY | 39,274.70 | NA | NA | .00 | .00 |
| OFFICE OF TRAFFIC CO | PRIORITY | 250.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,828.00 | 2,593.01 | 2,593.01 | .00 | .00 |
| ASPEN PLACE APTS | UNSECURED | 2,454.24 | NA | NA | .00 | .00 |
| ACCOUNTS RECEIVABLE | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 308.59 | NA | NA | .00 | .00 |
| AMERICASH LOANS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | 326.68 | NA | NA | .00 | .00 |
| ARROWHEAD INVESTMENT | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| ASPEN PLACE APTS | UNSECURED | 1,954.00 | NA | NA | .00 | .00 |
| ASPEN PLACE APTS | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ASSOCIATED RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS BELL TELEPH | UNSECURED | 240.00 | 489.72 | 489.72 | .00 | .00 |
| ATHLETICO | UNSECURED | 380.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 772.16 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 82.43 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 80.06 | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 636.00 | NA | NA | .00 | .00 |
| CHICAGO POST OFFICE | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| IL TOLLWAY | UNSECURED | 5,444.70 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 696.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 531.00 | NA | NA | .00 | .00 |
| OAK BROOK ANESTHESIO | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| OAK BROOK XRAY IMG | UNSECURED | 444.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 6,371.00 | 9,898.47 | 9,898.47 | .00 | .00 |
| AT&T | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 1,651.49 | NA | NA | .00 | .00 |
| FARALANE CREDIT | UNSECURED | 17.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN CASH | UNSECURED | 1,918.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,081.74 | NA | NA | .00 | .00 |
| WALMART STORES INC | UNSECURED | 318.93 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| ORTHOSPORT | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| ORTHOSPORT | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| TINLEY WOODS SURGERY | UNSECURED | 149.95 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 630.73 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | OTHER | .00 | NA | NA | .00 | .00 |
| OAK BROOK ANESTHESIO | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| MIMIT | UNSECURED | 14.00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 923.95 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 980.00 | 1,039.81 | 1,039.81 | .00 | .00 |
| MCSI/RMI | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1,211.75 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 937.68 | NA | NA | .00 | .00 |
| OFFICE OF TRAFFIC CO | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 75.27 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,284.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 2,378.00 | NA | NA | .00 | .00 |
| CENTRAL & WASHINGTON | UNSECURED | 1,651.49 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 558.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| TCF NATIONAL BANK | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| IMPACT CASH | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 371.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 523.20 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 6,371.00 | NA | NA | .00 | .00 |
| AURORA CAT CLINIC | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| EVAN T MANOLIS MD | UNSECURED | 375.44 | NA | NA | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| WEST ASSET MANAGEMEN | UNSECURED | 517.10 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 430.00 | 430.00 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | NA | 7,550.20 | 7,550.20 | .00 | .00 |
| GINNYS | UNSECURED | NA | 371.36 | 371.36 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 36,739.12 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 800.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 800.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    09/14/2011                              /s/ Tom  Vaughn
                                                  Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**